IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE COLLAUTT and | : | CIVIL ACTION |
| ALEXANDER COLLAUTT | : | NO. 14-632 |
| | : | |
| v. | : | |
| | : | |
| LIJIE LI and | : | |
| LUJUN ZHANG | : | |

# **ORDER**

AND NOW, this 11th day of December, 2014, upon consideration of defendant Lijie Li's motion to compel compliance with subpoena and to compel deposition (Dkt. No. 14), the answer of non-party Joseph E. Lastowka, Jr. (Dkt. No. 16), defendant Li's response thereto (Dkt. No. 18) and Lastowka's reply (Dkt. No. 25), it is ORDERED that defendant Li's motion is DENIED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.